JOHN EDWARD TEALL, Appellant, v. EUGENE C. ROESER, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

NIAGARA FALLS ICE MANUFACTURING AND STORAGE COMPANY, Appellant, v. JOHN CASA-EGUIA, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

CARRIE BRIDENBAKER, Appellant, v. MAY KISSEL, Sometimes Called EGLINTON, etc., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

PERNETTE VAN SWALL, Respondent, v. FRANK J. JONES, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BUFFALO COLD STORAGE COMPANY, Respondent, v. CHESTER M. HARDING, JR., as Administrator, etc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ROSE M. KOCH, Respondent, v. LOUIS P. KOCH and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOSEPH H. BERDEL and Another, Appellants, v. WILLIAM J. BERDEL, Individually and as Executor, etc., and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EUGENE B. WILHELM, as County Treasurer of Livingston County, as Administrator, etc., of SALVATORE COSTA, Deceased, Plaintiff, v. LEHIGH VALLEY RAILROAD COMPANY, Defendant. EUGENE B. WILHELM, as County Treasurer of Livingston County, as Administrator, etc., of MARIA COSTA, Deceased, Plaintiff, v. LEHIGH VALLEY RAILROAD COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HAMILTON WARD, Appellant, v. NICK ORSINI and Another, Respondents.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OUR LADY OF VICTORY INFANT HOME, Respondent, v. ANGELO VENNIRO and Another, Appellants.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CHARLES STURGEON, Respondent, v. GENESEE BRIDGE Co., INC., Appellant.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.